**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

OLIVIER LE QUEINEC,

    Plaintiff,                                                    Case No.: 1:26-cv-01016

v.

THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

    Defendants.

### SCHEDULE A TO COMPLAINT

| No. | Defendants |
|---|---|
| 1 | jinrongdian01 |
| 2 | hejinshinuohuimaoyiyouxiangongsi |
| 3 | wudalianchiwanhaopaimai |
| 4 | zhoukouguixinshangmaoyouxiangongsi |
| 5 | HHYUS |
| 6 | 厨餐宇餐具店 |
| 7 | chongqingjingyuejiancaixiaoshoujingyingbu |
| 8 | TangYinXianZhongXinQiCheZuLinFuWu |
| 9 | qingdaoxinchuangchengzhuangshigongcheng |
| 10 | SWEET-HOME-ART |
| 11 | HVEST Decoration Art |
| 12 | targarvilla |
| 13 | Curtain Haven |
| 14 | zalljie |
| 15 | HopeMusicCHAO |
| 16 | Fashion_Man |
| 17 | A.Monamour |
| 18 | Wusihorld |
| 19 | TianZone |
| 20 | xiaopingshangmao123 |
| 21 | Dgonweqi |
| 22 | ZhiRain |
| 23 | Camille & Andrew |
| 24 | YAODINGHUI |
| 25 | Artistic Curtain |

1

| | |
|---|---|
| 26 | liying1211 |
| 27 | Window Whimsies |
| 28 | HUAYIDIANZI |
| 29 | ANHOPE |
| 30 | xianzhili |
| 31 | huang huan Joy poster |
| 32 | guangzhougemengshangmao |
| 33 | xin quan high art poster |
| 34 | huangshizhenghaibao |
| 35 | jiangxixintuhuimaoyiyouxiangongsi |
| 36 | Dawn377 |
| 37 | yi xiong Hd oil painting poster |
| 38 | hai xiong Ok poster |
| 39 | jian xia Selected poster |
| 40 | RicAleSell |
| 41 | yi jian health poster |
| 42 | zhiwei poster |
| 43 | xiaobao Gao |
| 44 | yunying poster |
| 45 | jia yi Decompression poster |
| 46 | xiu he Fix the poster |
| 47 | nan xinSouthern poster |
| 48 | xu USJHXNGGDB |
| 49 | LINQIE Curtains Store |
| 50 | FuwillTech |
| 51 | linxiuminghaibao |
| 52 | Fengwei An |
| 53 | jisnerg |
| 54 | xiangyangshiyouyuxiushangmaoyouxiangongsi |
| 55 | yangleidsadhasudhuasd |
| 56 | wuzhifeidexiaodian |
| 57 | 镜子饰华贸易店 |
| 58 | ShengZeJianZhu |
| 59 | LICENYUANXIAODIAN |
| 60 | FoShanShiTangWeiMengMaoYiYouXianGongSi |
| 61 | NingBoCheShiShangQiCheYongPinYouXianGongSi |
| 62 | ZHNEG |
| 63 | YunNanZiBin |
| 64 | wutongshop |
| 65 | shijieji-Custom |
| 66 | FANGAOSHOP |

| | |
|---|---|
| 67 | Topweek |
| 68 | Picpeak |
| 69 | XingAn Inc |
| 70 | baiming store |
| 71 | VECXVEGDBFFR |
| 72 | DWADW |
| 73 | Futterya |
| 74 | leryfswbd |
| 75 | noyerydfs |
| 76 | Mdulftar |
| 77 | Yuwouni |
| 78 | Nugier |
| 79 | Mogyn |
| 80 | Guangzhouruikanshangmaoshanghang |
| 81 | Welmeco |
| 82 | LI Hui |
| 83 | Amagical |
| 84 | Amaazon Senior |
| 85 | higuyhgi |
| 86 | JYJEYORA |
| 87 | Digital linkage |
| 88 | xiaofanqie2023 |
| 89 | liuliuartshop |
| 90 | songlonglonglong |
| 91 | LIUSwitchplateDecor |
| 92 | Myrna Josh |
| 93 | NKBOT |
| 94 | BSYMY |
| 95 | zhangyuyuxiaodian |
| 96 | xuejiaodexiaodian |
| 97 | Queenra |
| 98 | ZOE GARDEN |
| 99 | Kewadony |
| 100 | ZOE STORE |
| 101 | Carosoffe |
| 102 | Hostline |
| 103 | FUNDKTA |
| 104 | Jolunifun |
| 105 | Homechoid |
| 106 | SunShine Day |
| 107 | Pinroote |

| | |
|---|---|
| 108 | doulinfjd |
| 109 | sunwenjiankeji |
| 110 | ZhuZhouTaoGouShangMaoYouXianGongSi |
| 111 | chenwebbindexiaodian |
| 112 | henanshengkujianzhuzhuangshi |
| 113 | Shine-Home |
| 114 | Edwiinsa |
| 115 | PIEPLE |
| 116 | Sabolny |
| 117 | liyiyangdexiaodian |
| 118 | yyyALPY-MODAHA |
| 119 | GorPic |
| 120 | Mr. Minh |
| 121 | AOFOTO Store |
| 122 | Nanyang Weishui Trading Limited Liability Company |
| 123 | Jayden&Madge |
| 124 | GUOZH |
| 125 | 室外顶线科技 |
| 126 | CHNYWORK |
| 127 | lookenia |
| 128 | danyanglanmuguangxueyanjingyouxiangongsi |
| 129 | T&H Home |
| 130 | Rocking Giraffe |
| 131 | Smile Sunflower |
| 132 | QueenKer |
| 133 | PRINT PICTURE ARTHOME |
| 134 | TocaHome |
| 135 | Futuregrace |
| 136 | MAMEIXIU |
| 137 | WYCIAN |
| 138 | Aotiwe |
| 139 | Aienid |
| 140 | AmDxD |
| 141 | NZBZDIY |
| 142 | BaLaBaStar |
| 143 | xuesongchengzhe |
| 144 | Kunkun E-commerce |
| 145 | YA'FAN SHOP |
| 146 | Maanshan Shousalu Shop |
| 147 | CC Home Decor |
| 148 | Ieskayiz Home |

| 149 | xinsisimaoyi |
|-----|--------------|
| 150 | Yi Yong Co., Ltd. |
| 151 | QTH |
| 152 | JAI SREE RAM |