**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

OLIVIER LE QUEINEC,

     Plaintiff,

v.

THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

     Defendants.

Case No.: 1:26-cv-01016

Judge Steven C. Seeger

Magistrate Judge Albert Berry, III

**<u>STATUS REPORT</u>**

Pursuant to the Court's minute entry order [14], Plaintiff, OLIVIER LE QUEINEC ("Plaintiff"), files this status report solely on behalf of Plaintiff regarding the status of service of process and settlement discussions.

On April 8, 2026, Plaintiff served all Defendants in this case pursuant to paragraph 2 of the Order for Leave to Conduct Expedited Discovery and Service of Process [15] by electronically publishing a link to the Complaint, this Order, and other relevant documents on a website or by sending an e-mail with a link to said website to any e-mail addresses provided for Defendants by third parties. A summons returned executed was filed on the same day. [18].

One pro se appearance has been filed on behalf of Defendant Nos. 151 and 152. [20]. Plaintiff and defendants are currently finalizing settlement discussions, and Plaintiff is hopeful to resolve this matter with defendants promptly.

Plaintiff plans to file a motion for entry of default and default judgment against the defendants who remain in the case in the coming days. The defendants who filed a pro se appearance will be excluded from the motion.

DATED:  April 30, 2026

Respectfully submitted,

*/s/ Keith A. Vogt*
Keith A. Vogt
FL Bar No. 1036084 │ IL Bar No. 6207971
Keith A. Vogt PLLC
1820 NE 163rd Street, Suite #306
North Miami Beach, Florida 33162
Telephone: 312-971-6752
E-mail:  keith@vogtip.com
***ATTORNEY FOR PLAINTIFF***

2