**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

OLIVIER LE QUEINEC,

     Plaintiff,

v.

THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

     Defendants.

Case No.: 1:26-cv-01016

Judge Steven C. Seeger

Magistrate Judge Albert Berry, III

**NOTICE OF DISMISSAL**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby files this Notice of Voluntary

Dismissal, without prejudice, as to the following Defendant(s) identified on Schedule A of the

Complaint:

| NO. | DEFENDANT |
|---|---|
| 50 | FuwillTech |
| 67 | Topweek |
| 68 | Picpeak |
| 98 | ZOE GARDEN |
| 99 | Kewadony |
| 100 | ZOE STORE |
| 101 | Carosoffe |
| 102 | Hostline |
| 104 | Jolunifun |
| 105 | Homechoid |
| 106 | SunShine Day |
| 107 | Pinroote |
| 113 | Shine-Home |
| 114 | Edwiinsa |
| 115 | PIEPLE |
| 116 | Sabolny |
| 129 | T&H Home |
| 130 | Rocking Giraffe |
| 131 | Smile Sunflower |
| 132 | QueenKer |

| 133 | PRINT PICTURE ARTHOME |
|-----|-----------------------|
| 134 | TocaHome |
| 135 | Futuregrace |
| 144 | Kunkun E-commerce |

DATED:  June 9, 2026

Respectfully submitted,

*/s/ Keith A. Vogt*
Keith A. Vogt
FL Bar No. 1036084/IL Bar No. 6207971
Keith A. Vogt PLLC
1820 NE 163rd Street, Suite #306
North Miami Beach, Florida 33162
Telephone: 312-971-6752
E-mail: keith@vogtip.com

**ATTORNEY FOR PLAINTIFF**

**<u>CERTIFICATE OF SERVICE</u>**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on June 9, 2026 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

*/s/ Keith A. Vogt*
Keith A. Vogt