

*IN THE UNITED STATES DISTRICT COURT*
*FOR THE NORTHERN DISTRICT OF ILLINOIS*
*EASTERN DIVISION*



FILED
6/17/2026
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT
JM

**APPEARANCE FORM FOR PRO SE LITIGANTS**

**Case Title:** Case 1:26-cv-01016 Olivier Le Queinec v. The Partnerships and Unincorporated Associations Identified on Schedule A

**Case Number:** 1:26-cv-01016

**An appearance is hereby filed by the undersigned as a pro se litigant.**

**Name: Gokul R**  (Owner, QTH) **(Defendant No. 151 & 152)**
**Street Address:** 6/359 Gate No. 2, Vivekanandhar Street Bharathinagar
**City/State/Zip:** Salem 636010 Tamil Nadu, INDIA
**Phone Number:** +91 8667557767
**Email Address:** qth.acc@hotmail.com

**I hereby acknowledge that I am filing this appearance on my own behalf and without the assistance of an attorney licensed to practice in this Court.**

**/s/ Gokul R**

**Signature:**

**Date:** April 27, 2026