

*IN THE UNITED STATES DISTRICT COURT*
*FOR THE NORTHERN DISTRICT OF ILLINOIS*
*EASTERN DIVISION*

JM **FILED**
6/17/2026
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

**Olivier Le Queinec v.**
Plaintiff,
Vs.
**THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",**
Defendants.

**Case No.: 1:26-cv-01016**
**Assigned Judge:** Hon. Judge Jorge L. Alonso
**Magistrate Judge:** Hon. Jeannice W. Appending

## DEFENDANT 044'S NOTICE OF SETTLEMENT PAYMENT COMPLETION AND FINAL STATUS UPDATE

Defendant QTH & JAI SREE RAM (Defendant No.151 & 152), appearing pro se, respectfully notifies the Court and the Plaintiff of the finalization of the settlement in this matter:

### 1. Background and Settlement Agreement

The Parties successfully negotiated and reached a formal settlement agreement more than one month ago. Under the terms of the agreement, Defendant agreed to pay the settlement sum to resolve all claims and secure the release of the restrained e-commerce accounts.

### 2. Unforeseen International Banking Delays

Defendant has completed all internal remittance processes in good faith. However, because Defendant operates out of India, the funds must clear strict national regulatory and international banking compliance channels.

Due to ongoing, unexpected geopolitical issues affecting global banking corridors, international fund transfers from India have been heavily restricted. As a direct result, the outward wire transfer has not yet been approved by the local bank, despite passing more than a month since the agreement was finalized.

### 3. Request to Defer Final Judgment

Because the settlement has been delayed solely by external regulatory banking mechanisms rather than a lack of compliance, Defendant respectfully requests that this Honorable Court refrain from entering any Final Judgment or Default Order against Defendant Nos. 151 & 152 while this transaction remains pending.

**4. Request for Direct Walmart Account Debit**

To resolve this delay immediately and bypass the stalled international banking system, Defendant requests that the Court authorize—or that Plaintiff accept—a direct debit from Defendant's restrained Walmart marketplace account balance.

Sufficient funds are currently frozen inside the Walmart account to cover the exact agreed-upon settlement amount. Utilizing a direct judicial or administrative debit will allow the Plaintiff to receive their settlement funds securely and instantly, completing the resolution without further delay.

Dated: June 17, 2026

Respectfully submitted,

/s/ Gokul

**QTH & JAI SREE RAM**

*Defendants Pro Se*

359 Gate No. 2, Vivekanandhar Street

Bharathinagar, Salem 636010 INDIA

Email: qth.acc@hotmail.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on June 17, 2026 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

/s/ Gokul

**QTH & JAI SREE RAM**

*Defendants Pro Se*

359 Gate No. 2, Vivekanandhar Street

Bharathinagar, Salem 636010 INDIA

Email: qth.acc@hotmail.com

Phone: +91 8608787191