



**IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION**

**Olivier Le Queinec v.**
Plaintiff,
Vs.
**THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",**
Defendants.

**Case No.: 1:26-cv-01016**
**Judge:** Hon. Judge Steven C. Seeger
**Magistrate Judge:** Hon. Albert Berry, III

## DEFENDANT'S MOTION FOR A COURT ORDER AUTHORIZING DIRECT DEBIT OF SETTLEMENT FUNDS FROM RESTRAINED WALMART ACCOUNT

The Defendants, appearing pro se, respectfully move this Honorable Court to issue an order authorizing the marketplace platform (Walmart) to directly debit the agreed-upon settlement amount from the Defendants' restrained account balance and transfer it to the Plaintiff. In support of this Motion, Defendants state as follows:

### 1. Pro Se Status and Existing Appearance

The Defendant is an individual, independent e-commerce seller appearing in this matter pro se. The Defendant's formal recognition and associated documentation have been successfully filed with this Court and are on the record as Doc. No. 32. This motion concerns the storefronts listed as QTH & JAI SREE RAM (Defendant Nos. 151 & 152).

### 2. Settlement Reached but Blocked by International Banking Impossibility

The Parties have acted in good faith and successfully negotiated a final, out-of-court settlement agreement to completely resolve all claims in this lawsuit. Per the agreement, the Defendants consented to pay a total settlement sum of $1,000.00 USD to the Plaintiff.

However, because the Defendant is an individual operating from India, the payment must be sent via an international wire transfer. Due to severe, ongoing geopolitical disruptions and national banking compliance restrictions on outward foreign remittances, the local bank has refused to clear or approve the outward international wire transfer. Despite multiple attempts over the last month, the Defendants cannot legally bypass these government-enforced banking restrictions from their end.

**3. Request for Court-Ordered Direct Debit from Walmart Balance**

The Defendants have no intention of defaulting on the settlement agreement. To fulfill the payment obligation immediately and securely, the Defendants request an alternative transactional mechanism.

Sufficient business funds are currently frozen and withheld inside the Defendants' restrained Walmart marketplace account by virtue of this Court's Temporary Restraining Order (TRO). Because international banking channels are blocked, a direct internal ledger deduction is the only viable method to compensate the Plaintiff.

**4. Prayer for Relief**

To finalize this litigation without further delay, the Defendants respectfully request this Honorable Court to **pass an official Court Order** directing and authorizing Walmart and its legal department to:

1. **Deduct the sum of $500.00 USD from the QTH account balance** and **$500.00 USD from the JAI SREE RAM account balance** (for a combined total of **$1,000.00 USD**) directly from the frozen funds associated with Defendant Nos. 151 & 152.

2. **Remit those combined funds directly to the Plaintiff's counsel** (JiangIP LLC) to satisfy the settlement terms.

3. **Release the remaining balances and completely dismiss** the Defendants from this lawsuit with prejudice once the total $1,000.00 USD deduction is finalized.

A court-ordered direct debit split evenly between the two accounts provides the safest, fastest, and most legally secure method to ensure the Plaintiff receives their funds while successfully resolving this matter.

Dated: June 23, 2026

Respectfully submitted,

Gokul
**QTH & JAI SREE RAM**
*Defendants Pro Se*
359 Gate No. 2, Vivekanandhar Street
Bharathinagar, Salem 636010 INDIA
Email: qth.acc@hotmail.com

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on June 10, 2026 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

Gokul
**QTH & JAI SREE RAM**
*Defendants Pro Se*
359 Gate No. 2, Vivekanandhar Street
Bharathinagar, Salem 636010 INDIA
Email: qth.acc@hotmail.com
Phone: +91 8608787191