**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Olivier Le Queinec

Plaintiff,

v.

Case No.: 1:26−cv−01016

Honorable Steven C. Seeger

The Partnerships and Unincorporated Associations Identified on Schedule A, et al.

Defendant.

---

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, October 14, 2026:

MINUTE entry before the Honorable Steven C. Seeger: Defendant Jai Sree Ram's motion for an order authorizing direct debit of settlement funds from a restrain Walmart account (Dckt. No. [34]) is hereby granted, with a caveat. Defendant Jai Sree Ram operates a storefront in India, and has reached a settlement with Plaintiff Olivier Le Queinec. Due to banking restrictions, Jai Sree Ram cannot wire funds directly to the United States. So Jai Sree Ram seeks an order authorizing Walmart to transfer the settlement amount of $1,000 from the account balance of Jai Sree Ram, and remit those funds to Plaintiff's counsel (JiangIP LLC). According to Defendant, "[a] court−ordered direct debit split evenly between the two accounts provides the safest, fastest, and most legally secure method to ensure the Plaintiff receives their funds while successfully resolving this matter." Walmart isn't a bank, and this Court does not know if Walmart would object to making such a transfer. Then again, this Court understands that Defendant's Walmart account has the proceeds from the sale of counterfeit goods, so there is a nexus to the case at hand. Maybe Walmart has no objection. This Court authorizes Walmart to transfer $1,000 from the account balance of Jai Sree Ram, and remit those payment to Plaintiff's counsel (JiangIP LLC). The parties can sort out with Walmart if there is any objection, and anyone can seek appropriate relief as need be. Mailed notice. (jjr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.