**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Olivier Le Queinec

Plaintiff,

v.

Case No.: 1:26−cv−01016
Honorable Steven C. Seeger

The Partnerships and Unincorporated Associations Identified on Schedule A, et al.

Defendant.

---

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, October 14, 2026:

MINUTE entry before the Honorable Steven C. Seeger: On October 5, 2026, this Court issued an order and directed Plaintiff to show cause why service of process was sufficient and satisfied the standards for service under the Seventh Circuit's decision in Kangol. (Dckt. No. [36]) This Court directed Plaintiff to respond by October 12, 2026, and forewarned that a failure to comply would lead to dismissal. That deadline passed a few days ago, and Plaintiff has not responded. Plaintiff has not shown that it effectuated proper service of process in a timely manner. So the case is over. The complaint is dismissed without prejudice. The motion for a default judgment (Dckt. No. [22]) is denied as moot. The motions for additional time to respond to the complaint (Dckt. Nos. [25], [28]) are denied as moot. The case is closed. Civil case terminated. Mailed notice. (jjr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.