BC

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

FILED MPV
11/20/2026
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

**Olivier Le Queinec v.**
Plaintiff,
Vs.
**THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",**
Defendants.

**Case No.: 1:26-cv-01016**
**Judge:** Hon. Judge Steven C. Seeger
**Magistrate Judge:** Hon. Albert Berry, III

**DEFENDANT'S PRO SE MOTION FOR AN ORDER DIRECTING WALMART, INC. TO RELEASE TEMPORARY RESTRAINING ORDER AND AUTHORIZING TRANSMISSION BY THE COURT, JIANGIP LLC, OR DEFENDANT**

Defendant **Gokul R** , *pro se* sole proprietor of storefront **JAI SREE RAM** (also referenced in Walmart records as **JAI SHREE RAM**), respectfully moves this Court for a brief supplemental Order directing Walmart, Inc. to immediately release the Temporary Restraining Order ("TRO") and lift all remaining account restraints associated with Case No. 1:26-cv-01016. Defendant is **not** challenging the Court's prior orders (Dkt. Nos. 37, 40) or seeking return of the settlement funds; Defendant seeks solely an express release order—transmitted by the Court, Plaintiff's counsel (JiangIP LLC), or Defendant—so that Walmart can administratively remove the lingering TRO hold. In support, Defendant states as follows:

1. **Authorized Settlement Debit (Dkt. No. 37):** On October 14, 2026, this Court granted Defendant's motion (Dkt. No. 34) and entered Minute Entry Dkt. No. 37 authorizing Walmart, Inc. to transfer the agreed settlement amount from the account balance of **JAI SREE RAM** to Plaintiff's counsel (JiangIP LLC), expressly stating that *"anyone can seek appropriate relief as need be."* While Dkt. No. 37 authorized the direct debit transfer, it did not include an express directive instructing Walmart to remove the TRO hold upon completion of the transfer.
2. **Case Termination (Dkt. No. 38):** On that same date—October 14, 2026—this Court entered Minute Entry Dkt. No. 38 dismissing the Complaint without prejudice and closing the entire action (*"So the case is over. The complaint is dismissed without prejudice... The case is closed. Civil case terminated."*). Because Dkt. No. 38 was a general dismissal order, it did not individually name **JAI SREE RAM** (JAI SHREE RAM) or expressly direct Walmart to lift the TRO restraint.
3. **Transfer Completed, Yet TRO Remains Active Due to Walmart's Filing-Transmission Policy:** Walmart Legal (TROLegalComms@walmartlegal.com) has confirmed that the court-authorized settlement funds under Dkt. No. 37 have already been transferred to Plaintiff's counsel. However, Walmart Legal has advised that it cannot lift the TRO hold

on its own because it *"must receive court filings from Plaintiff's counsel,"* and Plaintiff's counsel (JiangIP LLC) has not transmitted a release order to Walmart despite follow-up requests.

4. **Requested Relief:** With the authorized settlement transfer fully completed and this civil action closed and terminated, there is no remaining legal basis for Walmart to keep Defendant's account restrained under Case No. 1:26-cv-01016. To resolve this administrative impasse promptly, Defendant respectfully requests that the Court enter the accompanying **Proposed Order** directing that the Order be transmitted to Walmart Legal (TROLegalComms@walmartlegal.com) by the Clerk of Court, **or** by either Plaintiff's counsel (JiangIP LLC) **or** Defendant, and ordering Walmart, Inc. to honor the Order and lift the TRO immediately upon receipt from any of those sources.

**WHEREFORE**, Defendant respectfully requests that this Honorable Court enter the accompanying **Proposed Order**: (a) directing Walmart, Inc. to immediately remove the Temporary Restraining Order and release all account and payment restraints associated with Case No. 1:26-cv-01016 as to storefront **JAI SREE RAM** (JAI SHREE RAM) upon successful transfer of the settlement funds authorized in Dkt. No. 37; (b) directing transmission of the Order to Walmart Legal at **TROLegalComms@walmartlegal.com**; and (c) ordering Walmart, Inc. to accept and execute the Order upon receipt directly from the Court, Plaintiff's counsel (JiangIP LLC), **or** Defendant

Dated: November 20, 2026

Respectfully submitted,

Gokul R
**JAI SREE RAM**
*Defendants Pro Se*
359 Gate No. 2, Vivekanandhar Street
Bharathinagar, Salem 636010 INDIA
Email: qth.acc@hotmail.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on November 20, 2026 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

Gokul R
**JAI SREE RAM**
*Defendants Pro Se*
359 Gate No. 2, Vivekanandhar Street
Bharathinagar, Salem 636010 INDIA
Email: qth.acc@hotmail.com
Phone: +91 8608787191