BC

*IN THE UNITED STATES DISTRICT COURT*
*FOR THE NORTHERN DISTRICT OF ILLINOIS*
*EASTERN DIVISION*

RECEIVED
MPV
11/20/2026
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

**Olivier Le Queinec v.**
Plaintiff,
Vs.
**THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",**
Defendants.

**Case No.: 1:26-cv-01016**
**Judge:** Hon. Judge Steven C. Seeger
**Magistrate Judge:** Hon. Albert Berry, III

**[PROPOSED] ORDER DIRECTING WALMART, INC. TO RELEASE TEMPORARY RESTRAINING ORDER AND ACCOUNT RESTRAINTS AS TO DEFENDANT JAI SREE RAM (JAI SHREE RAM)**

This matter comes before the Court on the *Pro Se* Motion of Defendant **Gokul Ramu** (appearing as **Gokul R.**), sole proprietor of Walmart storefront **JAI SREE RAM** (also referenced in Walmart records as **JAI SHREE RAM**), seeking an Order directing Walmart, Inc. to release the Temporary Restraining Order ("TRO") and account restraints associated with Case No. 1:26-cv-01016.

The Court having previously entered Minute Entry Dkt. No. 37 on October 14, 2026, authorizing Walmart, Inc. to transfer the agreed settlement amount from the account balance of **JAI SREE RAM** to Plaintiff's counsel (JiangIP LLC), and having entered Minute Entry Dkt. No. 38 on October 14, 2026, dismissing the Complaint and terminating this civil action, **IT IS HEREBY ORDERED THAT:**

1. Defendant's Motion is **GRANTED**.

2. Upon successful debit and transfer of the settlement funds from Defendant's Walmart account to Plaintiff's counsel (JiangIP LLC) as authorized by this Court's October 14, 2026 Order (Dkt. No. 37)—or immediately upon receipt of this Order if such transfer has already been completed—**Walmart, Inc.** is hereby ordered and directed to **immediately remove the Temporary Restraining Order (TRO)** and lift all remaining account holds, payment suspensions, and financial restraints placed pursuant to **Case No. 1:26-cv-01016** on storefront **JAI SREE RAM** (also referenced as **JAI SHREE RAM**).

3. The Clerk of Court is respectfully requested to transmit a copy of this Order electronically to Walmart Legal at **TROLegalComms@walmartlegal.com**. In addition, **either Plaintiff's counsel (JiangIP LLC) or Defendant** is hereby expressly authorized to transmit a copy of this Order and Minute Entry Dkt. No. 38 to **TROLegalComms@walmartlegal.com**.

4. Within three (3) business days of entry of this Order, Plaintiff's counsel (JiangIP LLC) shall also transmit a copy of this Order to Walmart Legal at

**TROLegalComms@walmartlegal.com** confirming release; however, **Walmart, Inc. is expressly ordered to accept, honor, and execute this Order immediately upon receipt directly from the Court, Plaintiff's counsel (JiangIP LLC), or Defendant**, without requiring further confirmation from Plaintiff's counsel.

5. This civil action remains closed and terminated pursuant to Minute Entry Dkt. No. 38.

SO ORDERED.

Dated: ________________, 2026

________________________________

Hon. Steven C. Seeger

United States District Judge